IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SCM RENTAL PROPERTIES, INC.<br>Plaintiff, | * <br> * <br> * | CIVIL ACTION<br>No. 07-704-JJB-DLD |
| v. | * <br> * | |
| LOUISIANA CITIZENS PROPERTY<br>INSURANCE CORPORATION/LOUISIANA<br>CITIZENS FAIR PLAN COMPANY, HOME<br>DEPOT U.S.A., INC., AND GENERAL<br>ELECTRICAL COMPANY<br>Defendants. | * <br> * <br> * <br> * <br> * <br> * | JUDGE: JAMES L. BRADY<br><br>MAGISTRATE: DOLCIA L. DALBY |

* * * * * * * * * * * *

## ORDER

**IT IS HEREBY ORDERED** pursuant to the above Joint Stipulation that Plaintiff's Complaint and its claims against Home Depot U.S.A., Inc. in the above-referenced matter are hereby dismissed without prejudice, each party to bear its own costs and attorneys' fees. Plaintiff's claims against General Electric Company are reserved.

Baton Rouge, Louisiana this 1st day of April, 2008.

UNITED STATES DISTRICT JUDGE
JAMES J. BRADY

1100146-1